# Court of Appeals
# of the State of Georgia

ATLANTA, November 03, 2017

*The Court of Appeals hereby passes the following order*

## A18A0499. TOM PLATFORD d/b/a PLATFORD PROPERTIES v. RUBICON-JULIETTE, LLC.

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 03, 2017.*

*I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*